In the Matter of the Accounting of ALFRED E. GOETZ et al., as Executors and Trustees under the Will of IGNACE GOETZ, Deceased, Respondents.

ALFRED E. GOETZ et al., Appellants.

*Matter of Goetz*, 87 App. Div. 631, affirmed.
(Argued April 26, 1904; decided May 10, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

November 12, 1903, which affirmed a decree of the New York County Surrogate's Court settling the accounts of the executors and trustees herein.

*Thomas F. Byrne* for appellants.

*William H. Hamilton* for respondents.

Order affirmed, with costs; no opinion.

Concur: GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ. Not voting: PARKER, Ch. J.